**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ADA FRANCETTA INLOES and                                                                      PLAINTIFFS
CHARLES INLOES, SR., Co-Special Administrators
of the Estate of Charles Inloes, Jr.

v.                                            No. 4:07CV00802 JLH

AIRGAS - MIDSOUTH, INC.                                                                        DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel for plaintiffs that a settlement has been reached in this matter, the Court finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction up to and including September 15, 2008, to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 13th day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE